UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
CEMENT MASONS PENSION TRUST FUND -
DETROIT & VICINITY, *et al*,

    Plaintiffs,

v.

WEST SIDE CONSTRUCTION COMPANY,

    Defendant.
_____/

Case No. 07-12637
Honorable PAUL D. BORMAN

**ORDER FOR ALTERNATIVE SERVICE**

Upon review of the annexed Plaintiffs' Motion for Alternative Service, this Court finds that service of process upon defendant cannot be reasonably made as provided in Federal Rules of Civil Procedure 4, but that service of process may alternatively be made in a manner which is reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard.

IT IS ORDERED that, pursuant to Rule 2.105(I) of the Michigan Court Rules of 1985, made applicable to this proceeding by virtue of Federal Rule of Civil Procedure 4(h)(1) and (e)(1), service of the Summons and Complaint may be made in the following manner:

A)     By posting the summons, complaint and this order at the front entrance of the premises located at 7810 Morrow, Marine City, Michigan 48029, and

B)     By mailing copies of said documents to defendant via certified mail, return receipt requested, and via regular mail, at Mr. Yaklin's personal address (7810 Morrow, Marine City, Michigan 48029) and at the business post office box (P.O. Box 230, Anchorville, Michigan 48004).

1

IT IS FURTHER ORDERED that, after such service of process is effectuated, proof of service shall be filed promptly with this Court.

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 24, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 24, 2007.

                                                    s/Denise Goodine
                                                    Case Manager