UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CEMENT MASONS' PENSION TRUST
FUND-DETROIT & VICINITY, *et al*,

    Plaintiffs,

v

WEST SIDE CONSTRUCTION COMPANY,

    Defendant.

                                       /

Case No.07-cv-12637-PDB-DAS

Hon. Paul D. Borman

ORDER AUTHORIZING SUBSTITUTED SERVICE OF AMENDED ORDER
FOR EXAMINATION OF JUDGMENT DEBTOR AND RESTRAINING
TRANSFER OF CERTAIN PROPERTY SUPPLEMENTARY TO JUDGMENT

THIS MATTER having come on to be heard upon the Ex-Parte Motion for Substituted Service of Amended Order for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and the Court having reviewed the same and finding good cause for the entry of this Order pursuant to Federal Rule 4(e)(1), and MCR 2.105(l), and being otherwise fully advised in the premises,

NOW THEREFORE,

IT IS ORDERED that this Court's Amended Order for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment requiring the appearance of Lawrence Yaklin at the offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, may be served upon Lawrence Yaklin by firmly affixing a copy of said Order to 7810 Morrow Rd., Marine City, Michigan 48039, and by forwarding copies of same to said address, certified mail, return receipt requested, and first class mail, in plain white envelopes with no return address.

s/Paul D. Borman
                                             PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: July 2, 2008

                         CERTIFICATE OF SERVICE

    Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 2, 2008.


                                             s/Denise Goodine
                                             Case Manager